IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | § CASE NUMBER 1:17-CR-94-MJT |
| | § JUDGE MICHAEL TRUNCALE |
| | § |
| | § |
| JARVOR WILL COSSE | § |

**ORDER**

The Defendant, Jarvor Will Cosse, filed a Motion for Compassionate Release and accompanying supplemental motions. [Dkt. 52, 62, 65.] The Government filed two responses stating that it is opposed to his release. [Dkt. 57, 75.] The Court referred these motions to United States Magistrate Judge Christine L. Stetson for consideration and recommended disposition. Judge Stetson issued a report with recommended findings of fact and conclusions of law denying the Defendant's request. [Dkt. 84.] Cosse filed timely objections to the report and recommendation. [Dkt. 85.]

The Court has considered Cosse's objections and conducted a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59. Cosse makes several arguments regarding the merits of his case but does not, however, explain how Judge Stetson erred in her findings and recommendation. As Judge Stetson explained in her report, there is no evidence presented that Cosse is not receiving the medical care he requires while in home confinement. Further, his risks of contracting COVID are drastically reduced with his vaccination and release to home confinement. Moreover, consideration of the section 3553 factors persuades the Court to deny compassionate release considering the nature of his offense and his already abbreviated sentence showing a release date of October 20, 2025. Cosse's argument regarding application of

1

the safety valve was denied at sentencing because he failed to truthfully debrief the Government, and he offers no contrary argument for its application at this stage.

Consequently, Cosse's objections are without merit, and the Court OVERRULES Cosse's objections [dkt. 85] and ADOPTS the Report and Recommendation [dkt. 84].  Cosse's Motions for Compassionate Release [dkt. 52, 62, 65] are therefore DENIED.

**SIGNED this 1st day of December, 2023.**

_____
Michael J. Truncale
United States District Judge